AARON ROTTER, Appellant, v. LOUIS RUBIN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

HENRIETTE B. BELCHER (now HENRIETTE B. MELSON), Respondent, v. FREDERICK E. BELCHER, Defendant. In the Matter of the Application of FLORENCE C. H. HARLAN (formerly FLORENCE C. H. BELCHER), as Administratrix, etc., Appellant, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

MAX HOLZBERG, Respondent, v. HUDES & Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

HERMAN R. SUNSHINE, Respondent, v. CONNECTICUT BLOWER CO., INC., Appellant.— Order modified by reducing the amount of the attachment herein by the sum of $350, being the amount claimed under the second cause of action, with leave to defendant to move at Special Term to open its default and vacate the judgment herein upon the ground of the improper service of the summons, if it so desires, and upon proof of merits, and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

BECKIE SCHNEIDER, Respondent, v. HYMAN GREENSPAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

RAY HART, Respondent, v. SAMUEL HART, Appellant.— Order granting motion for alimony and counsel fee reversed and motion denied, without costs. Order denying motion for reargument dismissed. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

GEORGE F. McCOY, Respondent, v. ERIE FORGE AND STEEL COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN CARLO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK E. SCHAEFFER.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.